```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :    **UNSEALING ORDER**
UNITED STATES OF AMERICA               :    S2 21 Cr. 377 (AKH)
                                       :
        - v. -                         :
                                       :
JOSE MEDINA,                           :
DENNY BAUTISTA,                        :
WINDELSON MONTERO,                     :
NELSON RODRIGUEZ, and                  :
ANGEL BENITEZ                          :
                                       :
              Defendants.
- - - - - - - - - - - - - - - - - - - X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Matthew Weinberg;

It is found that the Second Superseding Indictment in the above-captioned action, S2 21 Cr. 377, is currently sealed and the United States Attorney's Office has applied to have that Second Superseding Indictment unsealed, it is therefore

ORDERED that the Second Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       July 15, 2021

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE