```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - X
                                       :   UNSEALING ORDER
UNITED STATES OF AMERICA               :   S3 21 Cr. 377 (AKH)
                                       :
        - v. -                         :
                                       :
JOSE MEDINA,                           :
DENNY BAUTISTA,                        :
WINDELSON MONTERO,                     :
NELSON RODRIGUEZ,                      :
LEURY MOJICA, and                      :
ANGEL BENITEZ                          :
                                       :
                 Defendants.           X
- - - - - - - - - - - - - - - - - - -
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew Weinberg;

It is found that the Third Superseding Indictment in the above-captioned action, S3 21 Cr. 377, is currently sealed and the United States Attorney's Office has applied to have that Third Superseding Indictment unsealed, it is therefore

ORDERED that the Third Superseding Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:  New York, New York
        February 22, 2022

*[signature: Gabriel W. Gorenstein]*

_____
HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE