UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                                :
                                             :
                                             :    **ORDER**
            -against-                        :
                                             :    21 Cr. 377 (AKH)
JOSE MEDINA, et al.,                         :
                                             :
                      Defendants.            :
                                             :
                                             :
                                             :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Currently, ECF No. 67 is marked as open.  However, the entry of the Amended Protective Order at ECF No. 68 resolved that motion.  Accordingly, the Clerk shall terminate ECF No. 67 as to all defendants.

      SO ORDERED.

Dated:  April 12, 2022                     /s/ Alvin K. Hellerstein
        New York, New York              ALVIN K. HELLERSTEIN
                                                    United States District Judge