UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                                            :
                                                         :
                                                         :     **ORDER**
            -against-                                    :
                                                         :     21 Cr. 377 (AKH)
JOSE MEDINA, et al.,                                     :
                                                         :
                        Defendants.                      :
                                                         :
                                                         :
                                                         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF No. 31 is marked as open.  However, that letter motion was resolved by ECF Nos. 35 and 36.  Accordingly, the Clerk shall terminate ECF No. 31.

       SO ORDERED.

Dated:    April 13, 2022                   ___/s/ Alvin K. Hellerstein_____
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge